No. 19, Misc.   O'LEARY v. CITY OF AKRON.   Supreme Court of Ohio.   Certiorari denied.

No. 45, Misc.   HURST v. McGEE, CORRECTIONS DIRECTOR, ET AL.   Supreme Court of California.   Certiorari denied.   Petitioner *pro se*. *Stanley Mosk,* Attorney General of California, and *Doris H. Maier,* Assistant Attorney General, for respondents.

No. 46, Misc.   WELLS v. SACKS, WARDEN.   C. A. 6th Cir.   Certiorari denied.   Petitioner *pro se*. *Mark McElroy,* Attorney General of Ohio, and *Aubrey A. Wendt,* Assistant Attorney General, for respondent.

No. 48, Misc.   FERNANDEZ ET AL. v. FLINT BOARD OF EDUCATION ET AL.   C. A. 6th Cir.   Certiorari denied. *James A. Jameson* and *Joseph Kadans* for petitioners. *Ralph E. Gault* for Flint Board of Education, and *L. J. Carey* for George Odien, Inc., respondents.

No. 49, Misc.   HUNTINGTON v. MICHIGAN.   Supreme Court of Michigan.   Certiorari denied.   Petitioner *pro se*. *Paul L. Adams,* Attorney General of Michigan, *Joseph B. Bilitzke,* Solicitor General, and *Robert Weinbaum* and *George Mason,* Assistant Attorneys General, for respondent.

No. 54, Misc.   SPRATT v. MICHIGAN.   Supreme Court of Michigan.   Certiorari denied.   Petitioner *pro se*. *Paul L. Adams,* Attorney General of Michigan, *Joseph B. Bilitzke,* Solicitor General, and *Robert Weinbaum* and *George Mason,* Assistant Attorneys General, for respondent.